# BOUKLAS GAYLORD LLP
## ATTORNEYS AT LAW

James Bouklas, Esq.  
*james@bglawny.com*

400 JERICHO TURNPIKE SUITE 226  
JERICHO, NEW YORK 11753  
P: 516.742.4949  F: 516.742.1977

Mark Gaylord, Esq.  
*mark@bglawny.com*

August 7, 2018

**<u>VIA ECF</u>**

Hon. Cheryl L. Pollak  
United States District Court Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re:    <u>Catala v. Health SOS P.T. P.C. *et al*</u>  
            <u>Index No. 18-CV-431 (ILG) (CLP)</u>

Dear Judge Pollak,

Please be advised that this firm represents the Plaintiff, Alex Catala, in the above-referenced matter. This letter will serve as a request to approve the settlement reached in this case, pursuant to this Court's directive of July 23, 2018.

Both Plaintiff's counsel and Defendant's counsel jointly submit the memorandum, annexed hereto, outlining the fairness of the settlement. Further annexed hereto is a copy of the executed Settlement Agreement.

Thank you very much for Your Honor's consideration. Should the Court need any further information, my office number is (516) 742-4949.

                                            Respectfully submitted,

                                            **/s/ James Bouklas**  
                                            James Bouklas, Esq.

cc:    Jeffrey Basso, Esq., via ECF