UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ALEX CATALA,

                          Plaintiff,

          - against -

HEALTH SOS P.T., P.C. and SANDRA FOSCHI, individually,

                      Defendants.
-------------------------------------------------------------------- X

Case No.:
18-CV-431 (ILG)(CLP)

    IT IS HEREBY STIPULATED AND AGREED by the parties, through counsel, that the above-entitled action, in consideration of the Settlement Agreement signed by the parties on the 7th day of August, 2018, and subsequently approved by this Court, is hereby discontinued with prejudice and without costs to any party and this stipulation may be filed with the Clerk of the Court without further notice.

Dated: October 29, 2018

/s/ JEFFREY BASSO
Jeffrey V. Basso, Esq.
Campolo, Middleton & McCormick, LLP
*Attorneys for Plaintiff*
4175 Veterans Memorial Highway, Suite 400
Ronkonkoma, NY 11779
(631) 738-9100

/s/ MARK GAYLORD
Mark Gaylord, Esq.
Bouklas Gaylord LLP
*Attorneys for Defendants*
400 Jericho Turnpike, Suite 226
Jericho, NY 11753
(516) 742-4949

So Ordered

/s/ Cheryl Pollak
USMJ
10/31/18